UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARIO ARRIAGA NUNEZ, aka<br>JORGE ALEXANDER CANCHOLA,<br><br>        Defendant/Petitioner. | Case No.  1:07-cr-00173-EJL<br>                1:10-cv-00477-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant/Petitioner take nothing from the Plaintiff and the civil action associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED:  **November 23, 2011**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT -**