UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARIO ARRIAGA NUNEZ, aka
JORGE ALEXANDER CANCHOLA,

    Defendant/Petitioner.

Case No. 1:07-cr-00173-EJL
          1:10-cv-00477-EJL

**JUDGMENT**

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant/Petitioner take nothing from the Plaintiff and the civil action associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **November 23, 2011**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT -**